UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENO EUGENE WOODIS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRE KING,<br><br>    Defendant. | CASE NO. 1:13-cv-01136-LJO-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION OF DISMISSAL OF ACTION**<br><br>**(ECF No. 11)** |

Plaintiff is a civil detainee proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. On November 19, 2013, the undersigned adopted the Magistrate Judge's findings and recommendation to dismiss the action without prejudice for failure to obey Court orders and failure to prosecute. (ECF No. 7.) The Clerk entered judgment thereon (ECF No. 8), and the action was closed.

On November 25, 2013, Plaintiff filed a request for an order reviewing a grand jury decision and for change of venue. (ECF No. 9.) On December 2, 2013, the undersigned construed the request as a request for reconsideration of the dismissal. (ECF No. 10.) The request was denied. (Id.)

Before the Court is Plaintiff's January 26, 2015 motion for an order reviewing a grand jury decision and for change of venue. (ECF No. 11.) The motion is identical to Plaintiff's November 25, 2013 motion. (ECF No. 9.)

Accordingly, for the reasons stated in the Court's December 2, 2013 order (ECF No. 10), Plaintiff's motion for an order reviewing a grand jury decision and for change of venue, which the Court construes as a request for reconsideration, is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  **January 29, 2015**            /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE